STATE EX REL. CORPORATION COMMISSION AND THE SOUTHERN POWER COMPANY v. PROXIMITY MILLS ET AL.

(Filed 21 February, 1923.)

PER CURIAM. This appeal was consolidated by consent with *Corporation Commission v. Mfg. Co., ante,* 17, and heard and determined with that case. For reasons there stated, this appeal also is dismissed.

Appeal dismissed.

WALKER, J., did not sit in this case, and took no part in the decision thereof.